IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUN - 6 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-CR-200 27 |
| | ) | |
| vs. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(A), (b)(1)(B), |
| | ) | and (b)(1)(C); |
| DANIEL COOK, | ) | Title 18, United States Code, |
| | ) | Section 924(c). |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
(Distribution of Methamphetamine)

**THE GRAND JURY CHARGES:**

On or about August 31, 2017, in Coles County, in the Central District of Illinois,

**DANIEL COOK,**

defendant herein, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

### COUNT 2
(Distribution of Methamphetamine)

**THE GRAND JURY CHARGES:**

On or about September 8, 2017, in Coles County, in the Central District of Illinois,

DANIEL COOK,

defendant herein, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

## COUNT 3
### (Distribution of Methamphetamine)

**THE GRAND JURY CHARGES:**

On or about September 19, 2017, in Coles County, in the Central District of Illinois,

DANIEL COOK,

defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B).

## COUNT 4
### (Distribution of Methamphetamine)

**THE GRAND JURY CHARGES:**

On or about March 16, 2018, in Coles County, in the Central District of Illinois,

DANIEL COOK,

defendant herein, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT 5
### (Possession of Methamphetamine With Intent to Distribute)

**THE GRAND JURY CHARGES:**

On or about March 16, 2018, in Coles County, in the Central District of Illinois,

**DANIEL COOK,**

defendant herein, knowingly possessed with the intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A).

## COUNT 6
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)

**THE GRAND JURY CHARGES:**

On or about March 16, 2018, in Coles County, in the Central District of Illinois,

**DANIEL COOK,**

defendant herein, did knowingly possess firearms, those being, a Glock, Model 42, .380 caliber handgun with no serial number, and a SCCY, Model CPX-2, 9mm pistol bearing serial number 370268, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with the intent to distribute of 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, as outlined in Count Five.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

THE GRAND JURY CHARGES:

1. The Grand Jury re-alleges and incorporates by reference the allegations of Counts One through Six of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about March 16, 2018, in the Central District of Illinois,

**DANIEL COOK,**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 924(c), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to: (1) a Glock, Model 42, .380 caliber handgun with no serial number, and (2) a SCCY, Model CPX-2, 9mm pistol bearing serial number 370268.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.
s/Foreperson

FOREPERSON

s/John Childress

JOHN E. CHILDRESS
United States Attorney

BDF

4